IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IRVIN R. URBINA,

    Petitioner,        No. 2:13-cv-00831 DAD P

    vs.

R. GROWER, Warden,

    Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the filing fee or filed a request to proceed in forma pauperis.

        The application attacks a conviction issued by the Humboldt County Superior Court.  While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Humboldt County.  <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2  matter is transferred to the United States District Court for the Northern District of California
3  since Humboldt County is within the boundaries of that court.
4  DATED: May 7, 2013.

*signature*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly
urbi0831.108