1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IRVIN R. URBINA,

11          Petitioner,                    No. 2:13-cv-00831 DAD P

12       vs.

13   R. GROWER, Warden,

14          Respondent.                    ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the filing fee or filed a

18   request to proceed in forma pauperis.

19          The application attacks a conviction issued by the Humboldt County Superior

20   Court.  While both this Court and the United States District Court in the district where petitioner

21   was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973),

22   any and all witnesses and evidence necessary for the resolution of petitioner's application are

23   more readily available in Humboldt County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

24   /////

25   /////

26   /////

1

1       Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this

2  matter is transferred to the United States District Court for the Northern District of California

3  since Humboldt County is within the boundaries of that court.

4  DATED: May 7, 2013.

5

6  _____
    DALE A. DROZD
7  UNITED STATES MAGISTRATE JUDGE

8

9  DAD:kly
    urbi0831.108

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26